| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>STEVEN LEONARD HERD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:02-cr-05094 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND |
| v. | ) | ORDER THEREON |
| | ) | |
| STEVEN LEONARD HERD, | ) | Date: May 22, 2009 |
| | ) | Time: 1:30 p.m. |
| Defendant. | ) | Judge: Magistrate Sandra M. Snyder |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEVIN P. ROONEY, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, STEVEN LEONARD HERD, that the date for status conference may be continued to May 22, 2009, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is May 8, 2009. The requested new date is May 22, 2009.**

This request for continuance is made by defense counsel, as he will be out of town on the currently set date of May 8, 2009.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). For this

///

reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: May 7, 2009                      By /s/ Kevin P. Rooney
                                                KEVIN P. ROONEY
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: May 7, 2009                      By /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                STEVEN L. HERD

## **O R D E R**

**IT IS SO ORDERED.** Status Conference hearing is continued from May 8, 2009 to May 22, 2009 at 1:30p.m. before Judge Snyder in Courtroom #7. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

    IT IS SO ORDERED.

**Dated:   May 7, 2009**                          **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE